# IN THE SUPREME COURT OF THE STATE OF NEVADA

LORI IRISH,
                    Appellant,
          vs.
JAMES H. GORMLEY,
                    Respondent.

No. 74369

FILED

JAN 1 1 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
          DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order striking exhibits. Eighth Judicial District Court, Family Court Division, Clark County; Cynthia Dianne Steel, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Brown v. MHC Stagecoach,* 129 Nev. 343. 345, 301 P.3d 850, 851 (2013). No statute or court rule provides for an appeal from an order striking exhibits. Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____ J.
Parraguirre

_____, J.
Stiglich

18-01733

cc: Hon. Cynthia Dianne Steel, District Judge, Family Court Division
Lori Irish
Black & LoBello
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A